UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOISES VALLE MERCADO,<br><br>　　　　　Defendant. | No. CR-07-2018-FVS-1<br><br>ORDER |

**THE DEFENDANT** having been convicted by a jury on May 29, 2008, of the crimes of conspiracy to distribute a controlled substance and possession with intent to distribute a controlled substance; Now, therefore

　　1. His motion for judgment of acquittal **(Ct. Rec. 281) is denied.**

　　2. His motion for a new trial **(Ct. Rec. 278) is denied.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  21st  day of July, 2008.

　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　Senior United States District Judge

ORDER - 1