# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 02, 2017**

SEAN F. McAVOY, CLERK

United States of America )
v. )
MOISES VALLE MERCADO, (01), )
) Case No: 2:07-CR-2018-SMJ-01
) USM No: 11751-085
Date of Original Judgment: 08/26/2008 )
Date of Previous Amended Judgment: 04/01/2016 )
*(Use Date of Last Amended Judgment if Any)* Matthew A. Campbell
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 188 months **is reduced to** 151 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/26/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/02/2017

*Judge's signature*

Effective Date: 08/02/2017
*(if different from order date)*

Salvador Mendoza, Jr., Judge U.S. District Court
*Printed name and title*